# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149955(62)(63)

JEFFREY CULLUM,
      Plaintiff-Appellee,

v

FREDERICK L. LOPATIN, D.O.,
      Defendant-Appellant,

and

DEARBORN EAR, NOSE, AND THROAT
CLINIC, P.C.,
      Defendant.
_____/

SC: 149955
COA: 313739
Wayne CC: 10-007013-NH

      On order of the Chief Justice, the separate motions of defendant-appellant and plaintiff-appellee to extend the time to file their supplemental briefs are GRANTED. The supplemental briefs will be accepted as timely filed if submitted on or before June 30, 2015.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2015

Clerk